

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA JACKSON,<br><br>                  Plaintiff,<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                  Defendant. | Case No.: 3:19-cv-0590-BEN-RBM<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [Doc. 2]** |

On April 1, 2019, Plaintiff Barbara Jackson filed a civil complaint. [Doc. 1.] Rather than pay the required filing fee, Plaintiff filed an application to proceed *in forma pauperis* ("IFP"). [Doc. 2.]

All parties instituting any civil action in a district court must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a).

Under 28 U.S.C. § 1915(a)(1),

> any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor.

1

According to Plaintiff's application signed under penalty of perjury, Plaintiff is not employed, received a workers' compensation settlement in May 2018 of $22,296.33, and has only a total of $1.35 in her cash, checking, or savings accounts. [Doc. 2 at ¶¶ 2-4.] Plaintiff has a monthly car payment for $330.00 per month. [Doc. 2 at ¶ 5.] The Court finds the IFP application sufficiently indicates Plaintiff cannot afford to pay the filing fee. Accordingly, the IFP application is **GRANTED**.

**IT IS HEREBY ORDERED** that:

1. The Clerk of Court is **DIRECTED** to issue a summons as to Plaintiff's Complaint, [Doc. 1], upon Defendant and forward it to Plaintiff along with a blank U.S. Marshal Form 285 for the named Defendant. In addition, the Clerk is directed to provide Plaintiff with a certified copy of this Order and a certified copy of her Complaint and the summons so that she may serve the named Defendant. Upon receipt of this "IFP Package," Plaintiff is directed to complete the Form 285 as completely and accurately as possible, and to return it to the United States Marshal according to the instructions provided by the Clerk in the letter accompanying her IFP package.

2. Upon receipt, the U.S. Marshal is **ORDERED** to serve a copy of the Complaint and summons upon the named Defendant as directed by Plaintiff on Form 285. All costs of service will be advanced by the United States. *See* 28 U.S.C. § 1915(d); Fed.R.Civ.P. 4(c)(3).

3. Plaintiff must serve upon the Defendant or, if appearance has been entered by counsel, upon Defendant's counsel, a copy of every further pleading or other document submitted for consideration by the Court. Plaintiff must include with the original paper to be filed with the Clerk of the Court, a certificate stating the manner in which a true and correct copy of the document was served on the Defendant, or counsel for Defendant, and the date of that service. Any paper received by the Court which has

2

3:19-cv-0590-BEN-RBM

not been properly filed with the Clerk, or which fails to include a Certificate of Service, may be disregarded.

**IT IS SO ORDERED.**

DATED: April 08, 2019

_____
HON. ROGER T. BENITEZ
United States District Judge