

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Barbara Ann Jackson

                        **Plaintiff,**

V.

Commissioner of Social Security

                        **Defendant.**

Civil Action No. 19-cv-00590-RBM

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiffs request for remand is DENIED. Defendant's Cross-Motion for Summary Judgment is GRANTED. The decision of the Commissioner is AFFIRMED.

Date: 1/22/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Exler

                                            M. Exler, Deputy